PER CURIAM.
Affirmed. Zurich Insurance Company v. Scofi, 366 So.2d 1193 (Fla. 2d DCA 1979); Parratt v. Taylor, 451 U.S. 527, 101 S.Ct. 1908, 68 L.Ed.2d 420 (1981); McClary v. O’Hare, 786 F.2d 83 (2d Cir.1986); Rankin v. City of Wichita Falls, Texas, 762 F.2d 444 (5th Cir.1985); Davidson v. O’Lone, 752 F.2d 817 (3d Cir.1984), aff’d Davidson v. Cannon, — U.S.—, 106 S.Ct. 668, 88 L.Ed.2d 677 (1986).